1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 SERGUEI BABINE,                         )
                                            )  No. C 07-2776 MMC
13              Plaintiff,                  )
                                            )
14       v.                                 )
                                            )  **STIPULATION FOR DISMISSAL and**
15 ALBERTO R. GONZALES, Attorney General    )  **[PROPOSED] ORDER**
   of the United States;                    )
16 MICHAEL CHERTOFF, Secretary of the       )
   Department of Homeland Security;         )
17 EMILIO T. GONZALEZ, Director, United States )
   Citizenship and Immigration Services;    )
18 DAVID N. STILL, District Director,       )
   United States Citizenship and Immigration )
19 Services, San Francisco, CA;             )
   ROBERT S. MUELLER, III, Director of      )
20 Federal Bureau of Investigation ("FBI"), )
                                            )
21              Defendants.                 )
   _____)
22

23     Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

24 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

25 prejudice in light of the fact that the United States Citizenship and Immigration Services

26 adjudicated Plaintiff's application for naturalization.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation for Dismissal
C07-2776 MMC                                1

1 | Date: August 14, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

9 | Date: August 14, 2007

_____/s/_____
SERGUEI BABINE
*Pro Se*

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

MAXINE M. CHESNEY
United States District Judge

Stipulation for Dismissal
C07-2776 MMC                                    2