| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SERGUEI BABINE, | ) | |
| | ) | No. C 07-2776 MMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION FOR DISMISSAL and** |
| ALBERTO R. GONZALES, Attorney General | ) | **ORDER** |
| of the United States; | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| EMILIO T. GONZALEZ, Director, United States | ) | |
| Citizenship and Immigration Services; | ) | |
| DAVID N. STILL, District Director, | ) | |
| United States Citizenship and Immigration | ) | |
| Services, San Francisco, CA; | ) | |
| ROBERT S. MUELLER, III, Director of | ) | |
| Federal Bureau of Investigation ("FBI"), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's application for naturalization.

Each of the parties shall bear their own costs and fees.

///

Stipulation for Dismissal
C07-2776 MMC                                                     1

1  Date: August 14, 2007            Respectfully submitted,

2                                         SCOTT N. SCHOOLS
United States Attorney

3

4

5                                         _____/s/_____
ILA C. DEISS
Assistant United States Attorney

6                                         Attorneys for Defendants

7

8

9  Date: August 14, 2007            _____/s/_____
SERGUEI BABINE
*Pro Se*

10

11

12

13                                  **ORDER**

14      Pursuant to stipulation, IT IS SO ORDERED.

15

16  Date: August 16, 2007

17                                   MAXINE M. CHESNEY
United States District Judge

Stipulation for Dismissal
C07-2776 MMC                        2